### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    SHERRIE BOUSKA | : | CHAPTER 13 |
| | : | |
| Debtor | : | |
| | : | BANKRUPTCY NO. 19-15123 |

### **ORDER**

AND NOW, this 28th day of August, 2019, upon consideration of Debtor's Motion for Extension of Time to File Attorney Disclosure Statement, Chapter 13 Plan, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, form B106, and Statement of Current Monthly Income form 122C-1, it is hereby ORDERED that the Debtor shall file all required documents by September 11, 2019.

_____
Ashely M. Chan, United States
Bankruptcy Judge for the
Eastern District of Pennsylvania