United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sherrie Bouska  
      Debtor

Case No. 19-15123-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 28, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.  
db         +Sherrie Bouska,   1016 Mulberry Street,   Chester Springs, PA 19425-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
        ROBERT J. LOHR, II    on behalf of Debtor Sherrie  Bouska bob@lohrandassociates.com,  
         leslie@lohrandassociates.com;r59687@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                         TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | SHERRIE BOUSKA | : | CHAPTER 13 |
| | | : | |
| | Debtor | : | |
| | | : | BANKRUPTCY NO. 19-15123 |

### ORDER

AND NOW, this 28th day of August, 2019, upon consideration of Debtor's Motion for Extension of Time to File Attorney Disclosure Statement, Chapter 13 Plan, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, form B106, and Statement of Current Monthly Income form 122C-1, it is hereby ORDERED that the Debtor shall file all required documents by September 11, 2019.

_____
Ashely M. Chan, United States
Bankruptcy Judge for the
Eastern District of Pennsylvania