# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-15123-AMC

SHERRIE BOUSKA

1016 MULBERRY STREET

CHESTER SPRINGS, PA 19425-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SHERRIE BOUSKA

1016 MULBERRY STREET

CHESTER SPRINGS, PA 19425-

**Counsel for debtor(s), by electronic notice only.**
ROBERT J LOHR, II
1246 WEST CHESTER PK
SUITE 312
WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 11/14/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee