# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sherrie Bouska<br>　　　　　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Sherrie Bouska　　　　　　Debtor<br><br>and<br><br>Joseph R. Bouska　　　　　Co-Debtor<br><br>William C. Miller Esq.　　　Trustee | CHAPTER 13<br><br><br>NO. 19-15123 AMC<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 14th day of January, 2020 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 1016 Mulberry Street, Chester Springs, PA 19425 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Sherrie Bouska
1016 Mulberry Street
Chester Springs, PA 19425

Joseph R. Bouska
1016 Mulberry Street
Chester Springs, PA 19425

Robert J. Lohr, ll, Esq.
1246 West Chester Pike, Ste. 312
West Chester, PA 19382

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532