**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHERRIE  BOUSKA | Chapter 13 |
| **Debtor** | **Bankruptcy No.** 19-15123-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge
**Date: April 13, 2020**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT J LOHR, II
1246 WEST CHESTER PK
SUITE 312
WEST CHESTER, PA 19382

Debtor:
SHERRIE  BOUSKA

1016 MULBERRY STREET

CHESTER SPRINGS, PA 19425-