```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 19-15123-amc
Sherrie Bouska                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2           Date Rcvd: Apr 13, 2020
                              Form ID: pdf900          Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             +Sherrie Bouska,    1016 Mulberry Street,    Chester Springs, PA 19425-1733
cr             +Pickering Meadows Community Association,    Michelle J. Stranen, Esquire,
                 Marcus & Hoffman, P.C.,    326 West State Street,    Media, PA 19063-3861
14401007        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14373931       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14373932       +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14373933       +First Naitonal Bank of Omaha,    1620 Dodge Street,    Omaha, NE 68197-0002
14373934       +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14377016       +PNC BANK NATIONAL  ASSOCIATION,    C/O Kevin McDonald, Esquire,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia PA 19106-1541
14373935       +PNC Bank,    c/o Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
14408521       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14373936        Volvo Car Financial,    Volvo Car Financial Services,    Mobile, AL 36691
14373937       +Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,    Des Moines, IA 50306-0438
14400232        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 14 2020 03:50:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2020 03:50:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14377590        E-mail/Text: Bankruptcy@absoluteresolutions.com Apr 14 2020 03:48:53
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
14408434        E-mail/Text: bnc-quantum@quantum3group.com Apr 14 2020 03:50:25
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14386472        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:50:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14393185       +E-mail/Text: mstranen@marcushoffman.com Apr 14 2020 03:48:51
                 Pickering Meadows Community Association,    c/o Michelle J. Stranen, Esquire,
                 Marcus & Hoffman, P.C.,    326 W. State Street,    Media, PA 19063-3861
14382862       +E-mail/Text: BKRMailOps@weltman.com Apr 14 2020 03:50:49
                 Volvo Car Financial Services US, LLC,    c/o Weltman, Weinberg & Reis Co LPA,
                 965 Keynote Circle,    Brooklyn Heights, OH 44131-1829
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: PaulP              Page 2 of 2               Date Rcvd: Apr 13, 2020
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          MICHELLE JEANNE STRANEN    on behalf of Creditor    Pickering Meadows Community Association
           mstranen@marcushoffman.com
          ROBERT J. LOHR, II    on behalf of Debtor Sherrie  Bouska bob@lohrandassociates.com,
           leslie@lohrandassociates.com;r59687@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                       TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
SHERRIE  BOUSKA

                        Debtor            Bankruptcy No. 19-15123-AMC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge
**Date: April 13, 2020**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT J LOHR, II
1246 WEST CHESTER PK
SUITE 312
WEST CHESTER, PA 19382

Debtor:
SHERRIE  BOUSKA

1016 MULBERRY STREET

CHESTER SPRINGS, PA 19425-